UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | CR 07-450-02 ADM/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Michele Rae McBurney, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 15 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motions [##38, 43, and 44] are DENIED.


DATED: March 7, 2008.                                    s/Ann D. Montgomery
                                                                               _____
                                                                               JUDGE ANN D. MONTGOMERY
                                                                               United States District Court